**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | No. CV-03-2305-PHX-LOA |
| | ) | |
| Plaintiff, | ) | **JUDGMENT** |
| | ) | |
| vs. | ) | |
| | ) | |
| 5330 East Valle Vista Road, Phoenix, AZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff, United States of America, by and through Daniel G. Knauss, United States Attorney for the District of Arizona, and, Lisa Roberts, Assistant United States Attorney, and Tonya J. Peterson, counsel for Claimants, Mohammad Abdeen and Ghadeer Ameerah, presented their May 14, 2007 Stipulation for Compromise Settlement, docket # 52, regarding their interests in the above-captioned Defendant real property to resolve this matter.

Pursuant to stipulation and the Court finding good cause, it is hereby ordered that the Stipulation, and the facts contained therein, are hereby adopted by the Court.

Accordingly,

**IT IS ORDERED** that the sum of $35,000.00 with accrued interest as to that portion, taken from 50% of the net proceeds remaining after sale of the Defendant real property, is hereby declared forfeited to the United States.  These funds shall be disposed of according to law and pursuant to the provisions of Title 18 U.S.C. § 981.

1    **IT IS FURTHER ORDERED** that the United States shall return the amount

2    remaining, and along with accrued interest, following deduction of the above-stated

3    $35,000.00 and accrued interest as to that portion, via a check made payable to Claimants

4    and mailed to Attorney Tonya J. Peterson, 3839 N. 3rd Street, Ste. 400, Phoenix, AZ 85012.

5    **IT IS FURTHER ORDERED** that the parties' Settlement Agreement is

6    applicable only to this civil forfeiture proceeding, and shall not be admissible in any other

7    proceeding.

8    **IT IS FURTHER ORDERED** that Claimants do hereby release and forever

9    discharge the United States, the Department of Justice, the United States Marshal Service,

10   the Department of Treasury, and all officers, employees, contract employees, agents, and task

11   force agents from any and all actions, causes of action, suits, proceedings, debts, dues,

12   contracts, judgments, damages, claims, and/or demands whatsoever in law or equity which

13   Claimants, their heirs, successors, or assigns ever had, now have, or may have in the future

14   in connection with the seizure, detention, and partial forfeiture of the above-captioned

15   Defendant real property.

16   The Court finds that the agents of the United States, the Department of Justice,

17   the Federal Bureau of Investigation, and the Department of Treasury, had reasonable grounds

18   to seize Defendant real property described in the above caption, pursuant to the terms of Title

19   28 U.S.C. § 2465.

20   **IT IS FURTHER ORDERED** that this Judgment shall not constitute a

21   personal judgment against either Claimant.

22   **IT IS FURTHER ORDERED** that each party and Claimants shall pay and are

23   responsible for its or their respective costs and attorney's fees incurred herein.

24   DATED this 16th day of May, 2007.

25

26   _Lawrence O. Anderson_

27   Lawrence O. Anderson
     United States Magistrate Judge

28

- 2 -